PEPPER, Respondent, v. GLASS BAKERY, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) Action by John H. Pepper against the Glass

Bakery. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 155 App. Div. 859, 140 N. Y. Supp. 609.